UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BELLE-BOO, LLC d/b/a<br>THE NEIGHBORHOOD CAR WASH,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD<br>COMPANY,<br><br>Defendant. | No. 4:17-CV-2151 RLW |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the parties' Stipulation for Remand (ECF No. 22) is **GRANTED**. This matter shall be remanded to the Twenty-Second Circuit Court of Missouri in City of St. Louis, Missouri for further proceedings. An order of remand accompanies this Order.

An appropriate Order of Remand is filed herewith.

Dated this 21st day of November, 2017.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**